FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 27 2015

CHRISTOPHER PRINE
CLERK

May 19, 2015

Court OF Appeals For The
First District of Texas At Houston

Appellate Case Name Meria James Bradley
v,
Robert F. Authur.

Appellate Case Number:
01-15-00065-CU,
Trial Court Case Number: 2011-57020

Trial Court 80th District Court of Harris County

Dear Honorable Justices I wish not to
take up your Time, But Judge Jane Bland
you wrote and let me know that you have
giving Chris Daniel A Order to send me
Clerk's record, Noted this order was Date
April 21, 2015- Now its may 19, 2015 and He
the Clerk of Harris County has not send those
Records, Noted: You Told me that the Court
Reporter told the Court that I did not
Request the Court Reporter Records. I
did Request The Clerk Chris Daniel of Harris
County To send me the Clerk Records and
the Court Reporter Records. This was
done in 1-21-2015. The Clerk Chris Daniel
Inform me that I need To do A Request For
A designation of items to be included in the
Clerk's Record should be filed immediately
noted: The Clerk office is the one that did
not Inform the Court Reporter to preparation

The Records For this Appeal.
Noted Honorable Justice If you give notice
of Appeal every one should know that you
Can not do A Appeal without those Records.

PS- O Lord my God is There any Help
   For the Widow Son.
I Also need A privity Investigate
To seed why Robert F Authur did not Come
To Court.

   Noted: I pay the 80th District Court 350,00
to Summons Defendant Robert F. Authur
at 255 massachusetts Ave. Apt 619.
   Boston, MA 02115   phone no. 617-595-6402
I was not Look not Look up. then.

   I Also thank you For your Help with
this matter.

PS Can you call the Defendant and see
why He did not come To Court.

                  Sincerely

          Brother James M. Bradley
             A. F. A. M.

Maria James Bradley
#1837524 18-R-3a
Polonsky Unit
3872 FM 350 South
Lidingston, Texas 77351

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 27 2015

CHRISTOPHER A. PRINE
CLERK

VF

SPECIAL

770022066

Justice Jane Bland
Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002-2066



FOREVER USA